Payam Shahian (SBN 228406)
pshahian@slpattorney.com
Michael Devlin (SBN 265365)
mdevlin@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1875 Century Park East, Suite 700
Los Angeles, California 90067
Telephone:  (310) 277-1040
Facsimile:  (310) 943-3838

Attorneys for Plaintiff ALEXANDER BRAURMAN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ALEXANDER BRAURMAN, individually, and on behalf of a class of similarly situated individuals, | Case No. SACV14-01519 AG (JCGx) |
| | *Assigned to:  Hon. Andrew J. Guilford* |
| Plaintiff, | Dept.: 10D |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41** |
| AGR GROUP, INC., | |
| Defendant. | Complaint Filed:  September 19, 2014 |

Plaintiff ALEXANDER BRAURMAN ("Plaintiff") and Defendant AGR GROUP, INC. ("Defendant"), by and through their counsel, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**SO STIPULATED.**

Respectfully submitted,

Dated:                                  **STRATEGIC LEGAL PRACTICES, APC**

By   /s/ Michael Devlin
                                        Payam Shahian
                                        Michael Devlin
                                        Attorneys for Plaintiff
                                        ALEXANDER BRAURMAN
                                        E-mail: mdevlin@slpattorney.com

Dated:                                  **GREEN & HALL, APC**

By   /s/ Robert Green
                                        Robert Green
                                        Attorneys for Defendant
                                        AGR GROUP, INC.
                                        E-mail: rlgreen@greenhall.com

Case No.  SACV14-01519 AG (JCGx)

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41- 2

<u>Certification of Compliance with C.D. Cal. L.R. 5-4.3.4</u>

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed January 27, 2015.

**STRATEGIC LEGAL PRACTICES, APC**

By      /s/ Michael Devlin_____
          Michael Devlin
          Attorneys for Plaintiff
          ALEXANDER BRAURMAN
          E-mail: mdevlin@slpattorney.com